

U.S. Department of Justice

*United States Attorney*
*District of New Jersey*

970 Broad Street, Suite 700  (973)645-27(
Newark, NJ 07102

November 2, 2011

Honorable Claire C. Cecchi
United States District Judge
Martin Luther King, Jr. Federal Building
& U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

    Re: <u>United States v. Wooten (Case No. 11-695)</u>

Dear Judge Cecchi:

    Enclosed please find a proposed continuance order in the above-referenced action. Defense counsel has consented to the proposed continuance. If the order meets with Your Honor's approval, please execute it and have your deputy clerk file the original with the Clerk of the Court.

    In lieu of receiving a paper copy of the executed order, the government will rely on the electronic notice that is transmitted to the parties upon the filing of the order.

    Respectfully submitted,

    PAUL J. FISHMAN
    United States Attorney

    By: Ronnell L. Wilson
    Assistant U.S. Attorney

Enclosure

cc: Thomas R. Ashley, Esq. (via electronic mail)

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Hon. Claire C. Cecchi

v. : Crim. No. 11-695 (CCC)

ROBERT WOOTEN : <u>CONTINUANCE ORDER</u>

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Ronnell L. Wilson, Assistant U.S. Attorney), and defendant Robert Wooten (by Thomas R. Ashley, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter to pursue plea negotiations, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to finalize a plea agreement, which would render trial of this matter unnecessary;

2. The grant of a continuance will likely conserve judicial resources;

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this 3rd day of November 2011,

ORDERED that motions shall be filed December 14, 2011; the opposition motions shall be filed by December 28, 2011; the argument of motions is scheduled for January 6, 2012, or a date to be set by the Court; and the trial is scheduled for January 16, 2012, or a date to be set by the Court;

ORDERED that the period from November 7, 2011, through January 6, 2012, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7).

Hon. Claire C. Cecchi
United States District Judge

Form and entry
consented to:

Ronnell L. Wilson
Assistant U.S. Attorney

Thomas R. Ashley, Esq.
Counsel for defendant Robert Wooten